1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY WAYNE PAIGE,                        No.  2:15-cv-1399-EFB P

12              Petitioner,

13        v.                                     ORDER

14   THE PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                Respondent.
16

17

18        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

19   28 U.S.C. § 2254.  He has not, however, filed an in forma pauperis affidavit or paid the required

20   filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity

21   to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

22   submit the appropriate filing fee.

23        In accordance with the above, IT IS HEREBY ORDERED that:

24        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25            support of his request to proceed in forma pauperis or the appropriate filing fee;

26            petitioner's failure to comply with this order may result in this action being dismissed;

27            and

28   /////

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2        form used by this district.

3  Dated:  July 13, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE