UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE PAIGE, | No. 2:15-cv-1399-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

On September 24, 2015, findings and recommendations were filed recommending that this action be dismissed for lack of subject matter jurisdiction. On December 8, 2015, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, petitioner filed on February 23, 2016, a request for leave to proceed in forma pauperis.

The court takes no action on petitioner's filing as this case is now closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: May 2, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE